**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:  VFS Leasing Co. v. G. F. Kelly, Inc. et al**

**Case Number:      3:06-cv-00638-SRW**
**Referenced Pleading: Exhibit F  - Attachment to Doc.  1**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

# VOLVO

## Volvo Commercial Finance

November 17, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No:  001-2001308-411**          **VINS:  4V4NC9RH61N325013**
                                   **4V4NC9RHX1N325015, 4V4NC9RH81N325014**
**Collateral:   2001 VOLVO (3)**

DEAR **GUY F. KELLY**:

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$84,000.00,** leaving a total deficiency balance of **$18,922.70.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
          Volvo Commercial Finance
          C/O Citi Bank
          P. O. Box 7247-0236
          Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

**Volvo Commercial Finance LLC The Americas**          **Telephone**     **Fax**
7025 Albert Pick Road, Suite 105 (27409)          (336) 931-4000     (336) 931-4437
P.O. Box 26131
Greensboro, NC  27402-6131


**EXHIBIT**
F

# VOLVO

## Volvo Commercial Finance

October 27, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No:  001-2001308-412**          **VINS:  4V4NC9RH11N325016**
                                                      **4V4NC9RH31N325017**

**Collateral:  2001 VOLVO  (2)**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$48,000.00**, leaving a total deficiency balance of **$22,256.21.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
Volvo Commercial Finance
C/O Citi Bank
P. O. Box 7247-0236
Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

**Volvo Commercial Finance LLC The Americas**          **Telephone**    **Fax**
7025 Albert Pick Road, Suite 105 (27409)          (336) 931-4000    (336) 931-4437
P.O. Box 26131
Greensboro, NC  27402-6131

# VOLVO

## Volvo Commercial Finance

November 17, 2005

GUY F. KELLY
MAIN STREET, BOX 29
WADLEY, AL  36276

RE: **Contract No:  001-2001308-413**          **VINS:  4V4NC9TH61N325019**
                                                                    **4V4NC9TH41N325018**

**Collateral:   2001 VOLVO  (2)**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$45,000.00,** leaving a total deficiency balance of **$21,465.86.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
Volvo Commercial Finance
C/O Citi Bank
P. O. Box 7247-0236
Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

**Volvo Commercial Finance LLC The Americas**          **Telephone**          **Fax**
7025 Albert Pick Road, Suite 105 (27409)          (336) 931-4000          (336) 931-4437
P.O. Box 26131
Greensboro, NC  27402-6131

# VOLVO

## Volvo Commercial Finance

November 17, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No:  001-2001308-414**          VINS:  **4V4NC9TH02N325020**

**Collateral:  2002 VOLVO**

DEAR **GUY F. KELLY**:

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$26,760.00,** leaving a total deficiency balance of **$13,741.69.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
        Volvo Commercial Finance
        C/O Citi Bank
        P. O. Box 7247-0236
        Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

**Volvo Commercial Finance LLC The Americas**    **Telephone**    **Fax**
7025 Albert Pick Road, Suite 105 (27409)    (336) 931-4000    (336) 931-4437
P.O. Box 26131
Greensboro, NC  27402-6131

# VOLVO

## Volvo Commercial Finance

October 20, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No:  001-2001308-415**                **VINS:  4V4NC9TH22N325021**

**Collateral:   2002 VOLVO**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held. The property sold for **$28,000.00,** leaving a total deficiency balance of **$14,559.56.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
                Volvo Commercial Finance
                C/O Citi Bank
                P. O. Box 7247-0236
                Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

# VOLVO

## Volvo Commercial Finance

November 17, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No: 500-2001308-416**          **VINS:  4V4ND4RJ9YN246738**
                                                    **4V4ND4RJ0YN246739**

**Collateral:   2000 VOLVO (2)**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$44,500.00,** leaving a total deficiency balance of **$47,174.95.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
        Volvo Commercial Finance
        C/O Citi Bank
        P. O. Box 7247-0236
        Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---



## Volvo Commercial Finance

December 8, 2005

**GUY F. KELLY**
**MAIN STREET,  BOX 29**
**WADLEY, AL  36276**

RE: **Contract No: 500-2001308-417**          **VINS:  4V4NC9JH71N314761,**
**4V4NC9JH01N314763, 4V4NC9JH21N314764**

**Collateral:   2001 VOLVO (3)**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default
under the terms of the indebtedness.  By previous letter, you were given formal notice of
your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo
Commercial Finance proposed to sell the property securing the debt if you failed to cure
the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The
property sold for **$56,350.00,** leaving a total deficiency balance of **$84,444.33.**  This is
left upon you to pay the deficiency balance to Volvo Commercial Finance within (10)
days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter,
please be advised that Volvo Commercial Finance will seek to enforce the attorney fees
provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to
arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
                            Volvo Commercial Finance
                            C/O Citi Bank
                            P. O. Box 7247-0236
                            Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

**Volvo Commercial Finance**                              **Telephone**        **Fax**
7025 Albert Pick Road Suite 105 (27409)        (336) 931-4000    (336) 931-4008
P.O. Box 26131
Greensboro, NC  27402-6131

# VOLVO

## Volvo Commercial Finance

October 20, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No:  500-2001308-418**          **VINS:  4V4NC9JH91N314762**

**Collateral:   2001 VOLVO**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held. The property sold for **$31,000.00,** leaving a total deficiency balance of **$21,424.40.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
                Volvo Commercial Finance
                C/O Citi Bank
                P. O. Box 7247-0236
                Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

# VOLVO

## Volvo Commercial Finance

November 17, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No:  500-2001308-419**         **VINS:  4V4ND4JH2YN793584**

**Collateral:  2000 VOLVO**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$24,000.00,** leaving a total deficiency balance of **$23,129.53.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
Volvo Commercial Finance
C/O Citi Bank
P. O. Box 7247-0236
Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

# VOLVO

## Volvo Commercial Finance

November 1, 2005

**GUY F. KELLY**
**MAIN STREET, P.O. BOX 29**
**WADLEY, AL  36276**

RE: **Contract No:  500-2001308-420**          **VINS:  4V4ND4RJ0YN796989**
**Collateral:   2000 VOLVO**

DEAR **G.F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$23,000.00,** leaving a total deficiency balance of **$26,207.59.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
          Volvo Commercial Finance
          C/O Citi Bank
          P. O. Box 7247-0236
          Philadelphia, PA  19170-0236

Sincerely,

Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

**Volvo Commercial Finance LLC The Americas**          **Telephone**          **Fax**
7025 Albert Pick Road, Suite 105 (27409)          (336) 931-4000          (336) 931-4437
P.O. Box 26131
Greensboro, NC  27402-6131

# VOLVO

## Volvo Commercial Finance

November 17, 2005

**GUY F. KELLY**
**MAIN STREET, BOX 29**
**WADLEY, AL  36276**

RE: **Contract No: 500-2001308-421**          VINS: **4V4NC9TJ33N341958,**
**4V4NC9TJ63N341954, 4V4NC9TJ43N341953, 4V4NC9TJ23N341952, 4V4NC9TJ53N341959**

**Collateral:  2003 VOLVO  (5)**

DEAR **GUY F. KELLY:**

As you are aware, you failed to pay your debt when due.  As a result, you are in default under the terms of the indebtedness.  By previous letter, you were given formal notice of your default under the terms of the **MASTER LEASE AGREEMENT.**  Volvo Commercial Finance proposed to sell the property securing the debt if you failed to cure the default.

You failed to cure the default.  A sale of the property securing the debt was held.  The property sold for **$196,900.00,** leaving a total deficiency balance of **$95,629.83.**  This is left upon you to pay the deficiency balance to Volvo Commercial Finance within (10) days from the date of this letter.

In the event that you fail to pay the balance within 10 days from the date of this letter, please be advised that Volvo Commercial Finance will seek to enforce the attorney fees provision of the contract, pursuant to N.C.G.S. Sec 6-21.2.  Please contact our office to arrange suitable payment arrangements within 10 days of this letter.

Please forward all payments to:
         Volvo Commercial Finance
         C/O Citi Bank
         P. O. Box 7247-0236
         Philadelphia, PA  19170-0236
Sincerely,


Vicky Bliss
Deficiency Collections Specialist
Volvo Commercial Finance
(877) 865-8623 Ext. 3862

---

**Volvo Commercial Finance LLC The Americas**          **Telephone**          **Fax**
7025 Albert Pick Road, Suite 105 (27409)          (336) 931-4000     (336) 931-4437
P.O. Box 26131
Greensboro, NC  27402-6131