IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VFS LEASING COMPANY ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | |
| vs. ) | 3:06cv638-SRW |
| ) | |
| G.F. KELLY, INC. d/b/a KELLY ) | |
| TRUCKING; and GUY KELLY, ) | |
| ) | |
| Defendants. ) | |

## SUMMONS

This service by process server of this summons is initiated upon the written request of Plaintiff's attorneys pursuant to the Alabama Rules of Civil Procedure:

NOTICE TO:    G.F. Kelly, d/b/a Kelly Trucking
c/o Guy Kelly as Registered Agent
1 Main Street
Post Office Box 29
Wadley, Alabama 36276

The Summons and Complaint attached hereto is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to M. Jason Asbell, the attorney for the Plaintiff, whose address is SouthTrust Tower, 420 North 20th Street, Suite 1600. Birmingham, AL 35203-5202. **THIS ANSWER MUST BE MAILED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.**

B MJA 716142 v1
1039265-000044 07/12/2006

You must also file the original of your Answer with the Clerk of this Court within a reasonable time thereafter.

*Debra P. Hackett*
_____
CLERK OF COURT

Dated: 7/21/06

*Vonzella Austin, Deputy Clerk*
*Docket Clerk*

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| VFS LEASING COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| vs. | ) | 3:06cv638-SRW |
| | ) | |
| G.F. KELLY, INC. d/b/a KELLY TRUCKING; and GUY KELLY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS

This service by process server of this summons is initiated upon the written request of Plaintiff's attorneys pursuant to the Alabama Rules of Civil Procedure:

NOTICE TO:   Guy Kelly as Registered Agent
1 Main Street
Post Office Box 29
Wadley, Alabama 36276

The Summons and Complaint attached hereto is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to M. Jason Asbell, the attorney for the Plaintiff, whose address is SouthTrust Tower, 420 North 20th Street, Suite 1600. Birmingham, AL 35203-5202. **THIS ANSWER MUST BE MAILED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.**

B MJA 716143 v1
1039265-000044 07/12/2006

You must also file the original of your Answer with the Clerk of this Court within a reasonable time thereafter.

Dated: 7/21/06

*Debra P. Hackett*
CLERK OF COURT

Vonzetta Auty, Deputy Docket Clerk

B MJA 716143 v1
1039265-000044 07/12/2006