| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): LEE Ann Key   B. Date of Delivery: 7/25/06<br>C. Signature: X Lee Ann Key   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☒ No<br>0638 |
| 1. Article Addressed to:<br><br>G.F. Kelly d/b/a Kelly Trucking<br>c/o Guy Kelly as Registered Agent<br>1 Main Street<br>P.O. Box 29<br>Wadley, AL 36276 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000-0600-0023-1694-7263 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): LEE Ann Key   B. Date of Delivery: 7/25/06<br>C. Signature: X Lee Ann Key   ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Guy Kelly<br>Main Street<br>P.O. Box 29<br>Wadley, AL 36276 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000-0600-0023-1694-7270 | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952 | |