IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

VFS LEASING COMPANY, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 3:06cv638-SRW
)
G.F. KELLY, INC., et al., )
)
Defendants, )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

10/09/06
Date

Signature

Jason Asbell, Counsel for VFS Leasing Company

Counsel For (**print** name of all parties)

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 North 20th St., Ste. 1600, Birmingham, AL 35203

Address, City, State Zip Code

(205) 328-0480

Telephone Number