IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

2006 SEP 21  A 9:48

VFS Leasing Co.,           )
                           )
Plaintiff(s),              )
                           )
v.                         )    CIVIL ACTION NO. 3:06cv638-SRW
                           )
G.F. Kelly, Inc.,          )
                           )
Defendant(s).              )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

September 20, 2006
Date

Signature

G. F. Kelly, Inc. and Guy Kelly
Counsel For (**print** name of all parties)

P.O. Box 590003, Birmingham, AL 35259
Address, City, State Zip Code

(205)320-0300
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
**Clerk, United States District Court**
Post Office Box 711
Montgomery, AL 36101