## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

VFS LEASING CO.                          )
                                         )
    Plaintiff,                         )
                                         )
                                         )    CIVIL ACTION NO.
vs.                                      )    3:06cv638-SRW
                                         )
G.F. KELLY, INC. d/b/a KELLY             )
TRUCKING; and GUY KELLY,                 )
                                         )
    Defendants                         )

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

PLEASE TAKE NOTICE that on the 4th day of December, 2006, the Defendant Tony Petrescu, served the following discovery documents on all counsel of record:

    1.    Plaintiff's First Interrogatories and Requests for Production of Documents.

                           _s/_____
                            DAVID B. HALL (HAL052)
                            JASON ASBELL (ASB001)

                            Attorneys for Plaintiff VFS Leasing Co.

OF COUNSEL:

BAKER DONELSON, BEARMAN
  CALDWELL & BERKOWITZ
A Professional Corporation
420 North 20th Street
Suite 1600 Wachovia Tower
Birmingham, Alabama 35203-5202
(205) 328-0480

1

B SLW 733277 v1
1039265-000044 12/19/2006

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of December, 2006, the foregoing has served on opposing counsel by hand delivery, facsimile and certified mail to the following counsel of record:

James H. Starnes
Attorney for Defendants
PO Box 590003
Birmingham, AL 35259
(205) 320-0800

I hereby certify that on this the 19th day of December, 2006, the foregoing was served on the following counsel of record by facsimile and certified mail:

S. Sanford Holliday
Attorney for Defendants
PO Box 727
Roanoke, AL 36274
(334) 863-2717

s/ _____
**OF COUNSEL**

2