IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv638-SRW |
| | ) |
| G. F. KELLY, INC. D/b/a KELLY TRUCKING, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendants' motion to extend schedule for summary judgment (Doc. # 18), filed February 6, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Done, this 7th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE