# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

VFS LEASING CO.                    )
                                   )
     Plaintiff,                    )
                                   )
vs.                                )    CIVIL ACTION NO.
                                   )    3:06cv638-SRW
G.F. KELLY, INC. d/b/a KELLY       )
TRUCKING; and GUY KELLY,           )
                                   )
     Defendants                    )

## MOTION TO CONTINUE SUMMARY JUDGMENT PROCEEDINGS

**COMES NOW the Plaintiff,** VFS Leasing Co., and moves the Court to continue the summary judgment proceedings and extend the briefing schedule for its summary judgment motion.  In support of this motion to continue, Plaintiff states as follows:

1.    Plaintiff moved for summary judgment on November 28, 2006. After receiving extensions to conduct discovery and submit a response in opposition, Defendants submitted their opposition to summary judgment on February 13, 2006.  Under this Court's Scheduling Order, Plaintiff may file its reply brief in support of summary judgment on or before February 26, 2007.

2.    Defendants' opposition to summary judgment raises the affirmative defense of mitigation of damages.  Defendants bear the burden of proof on this defense.  *Prudential Ballard Realty Co. v. Weatherly*, 792

1

So. 2d 1045, 1048 (Ala. 2000); *Pinckney v. Baker*, 504 S.E.2d 99, 101 (N.C. App. 1998).

3.      Plaintiff propounded discovery requests on December 19, 2006 seeking the identity of Defendants' experts, but has not received responses.

4.      Defendants' opposition brief included the affidavits of two previously undisclosed experts.      Further, Defendants state in their opposition brief that they will name a third expert on or before February 28, 2007. Because these experts have only just been named (and one is yet to be named) Plaintiff has not had the opportunity to depose any of Defendants' experts. Plaintiff requests that this Court extend the summary judgment proceedings until after the April 1, 2007 discovery cut-off so that Plaintiff may depose Defendants' experts and select and call any experts of its own to rebut the defenses raised by Defendants in their opposition.

5.      Concluding the summary judgment proceedings before Plaintiff has the opportunity to depose Defendants' experts may result in unnecessarily duplicative proceedings.      Proceeding with summary judgment now may simply require the parties to re-file and re-brief the summary judgment issues at the close of discovery, once Defendants' experts are deposed.

2

6.    Such duplicative proceedings can be avoided, however, if the Court will continue the summary judgment proceedings until the close of discovery.    This will provide Plaintiff with the opportunity to depose Defendants' experts on Defendants' affirmative defense, and will ultimately streamline the summary judgment process.

7.    Moreover, continuing the summary judgment proceedings will permit this Court to fully consider the opinions of the parties' experts, and the bases for those opinions, in rendering its opinion on summary judgment.

8.    Therefore, Plaintiff requests that this Court continue the summary judgment proceedings until after the close of discovery on April 1, 2007.

9.    Plaintiff's counsel has tried repeatedly tried to contact Defendants' counsel about the proposed continuance but has not heard back from him.

WHEREFORE, Plaintiff requests that this Court continue the summary judgment proceedings through the discovery period and require that Plaintiff's reply brief be due on or before April 12, 2007.

Respectfully submitted this $\times\ell^{1^{\, \prime}}$ day of _Fchruery_, 2007.

B MJA 739182 v1
1039265-000044 2/21/2007

DAVID B. HALL (HAL052)
JASON ASBELL (ASB001)

Attorneys for Plaintiff VFS Leasing
Co.

OF COUNSEL:

BAKER DONELSON, BEARMAN
    CALDWELL & BERKOWITZ
A Professional Corporation
420 North 20th Street
Suite 1600 Wachovia Tower
Birmingham, Alabama 35203-5202
(205) 328-0480

## CERTIFICATE OF SERVICE

I hereby certify that on this the __21st__ day of February, 2007, the
foregoing has been electronically filed with the Clerk of Court using the
CM/ECF system, which will send notification of such filing, to the following
counsel of record:

James H. Starnes
Attorney for Defendants
PO Box 590003
Birmingham, AL 35259
(205) 320-0800

S. Sanford Holliday
Attorney for Defendants
PO Box 727
Roanoke, AL 36274
(334) 863-2717

OF COUNSEL

4