IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>G.F. KELLY, INC. d/b/a KELLY TRUCKING; and GUY KELLY,<br><br>    Defendants | CIVIL ACTION NO.<br>3:06cv638-SRW |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that M. Jason Asbell hereby withdraws from representation of VFS Leasing Co. in this case. Plaintiff will continue to be represented by David B. Hall.

_____
M. JASON ASBELL (ASB001)
Attorneys for Plaintiff

OF COUNSEL:
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 20th Street North
Suite 1600
Birmingham, Alabama 35203
Phone: (205) 250-8330

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of March, 2007, the foregoing has served on opposing counsel by U.S. mail, first class, postage prepaid, to the following counsel of record:

James H. Starnes
Attorney for Defendants
PO Box 590003
Birmingham, AL 35259
(205) 320-0800

S. Sanford Holliday
Attorney for Defendants
PO Box 727
Roanoke, AL 36274
(334) 863-2717

/OF COUNSEL

B SLW 742297 v1
1039265-000044 3/26/2007