# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO. | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 3:06cv638-SRW |
| G.F. KELLY, INC. d/b/a KELLY TRUCKING; and GUY KELLY, | ) |
| Defendants | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that M. Jason Asbell hereby withdraws from representation of VFS Leasing Co. in this case. Plaintiff will continue to be represented by David B. Hall.

_____
M. JASON ASBELL (ASB001)
Attorneys for Plaintiff

OF COUNSEL:
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 20th Street North
Suite 1600
Birmingham, Alabama 35203
Phone: (205) 250-8330

**MOTION GRANTED**

THIS 29th DAY OF March, 2007

_____
UNITED STATES MAGISTRATE JUDGE

1

B SLW 742297 v1
1039265-000044 3/26/2007