IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv638-SRW |
| | ) (WO) |
| G. F. KELLY, INC. D/b/a KELLY TRUCKING, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This action is presently before the court on plaintiff's second motion to continue the briefing schedule on plaintiff's motion for summary judgment, which was filed four months ago. The court has previously extended the briefing schedule three times, twice on the motion of defendant and once on plaintiff's motion.  Upon consideration of the motion, it is

ORDERED that the motion is GRANTED.  However, the parties are advised that the court will not further extend the briefing schedule, absent exceptional circumstances.

DONE, this 30th day of March, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE