IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:06cv638-SRW |
| | ) |
| G. F. KELLY, INC. D/b/a KELLY TRUCKING, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to strike filed by plaintiff on April 30, 2007 (Doc. # 29), it is

ORDERED that defendants may respond to the motion on or before May 7, 2007.

Done, this 2nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE