IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv638-SRW |
| ) | |
| G. F. KELLY, INC. d/b/a KELLY ) | |
| TRUCKING, et al., ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Upon consideration of the motions to strike filed by defendants on May 2, 2007 (Doc. ## 31, 32), it is

ORDERED that defendants may respond to the motions on or before May 7, 2007.

Done, this 2nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE