**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **VFS LEASING CO.,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | )   **CIVIL ACTION NO.: 3:06CV638-SRW** |
| **VS.** | ) |
| | ) |
| **G. F. KELLY, INC d/b/a KELLY** | ) |
| **TRUCKING; and GUY KELLY,** | ) |
| ) | |
| | ) |
|     **DEFENDANTS.** | ) |

---

**MOTION TO EXTEND DEADLINES FOR REPLIES TO MOTIONS TO STRIKE**

     Come now the Defendants G. F. Kelly, Inc. D/b/a Kelly Trucking and Guy Kelly and move the court to extend the deadlines for both parties to reply to Motions to Strike. As grounds for this motion, Defendants state as follows:

     1.    Plaintiff filed a Motion to Strike on April 30, 2007 and Defendants filed two Motions to Strike on May 2, 2007.

     2.    The Court issued Orders on May 2, 2007 allowing each party to respond to the other's motion by May 7, 2007.

     3.    The parties are in the middle of settlement negotiation and believe that the prospects are good for reaching a settlement in the next few days. The parties would like to avoid the expense of filing responses to the pending motions. **It is requested that the deadline for each party to respond to the Motions to Strike be extended to May 14, 2007.** No further extensions will be requested and responses will be filed if settlement is not reached.

 

                                                            /s/James H. Starnes
                                        James H. Starnes, Attorney for Defendants

**OF COUNSEL:**
P. O. Box 590003
Birmingham, AL 35259-0003
(205) 320-0800

CERTIFICATE OF SERVICE

    I hereby certify that I have the foregoing pleading electronically using the CM/ECF system which will electronically serve a copy of same on all counsel of record on this the 7th day of May, 2007 as follows:

    David B. Hall
    BAKER DONALDSON
    420 North 20th Street, Suite 1600
    Birmingham, AL 35203

    /s/James H. Starnes
    OF COUNSEL