### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO. )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>G.F. KELLY, INC. d/b/a KELLY )<br>TRUCKING; and GUY KELLY, )<br> )<br>    Defendants ) | CIVIL ACTION NO.<br>3:06cv638-SRW |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Julie A. Cottingham has changed law firms and her new contact information will be: Julie A. Cottingham, Esq., BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, 420 20th Street North, Suite 1600, Birmingham, AL 35203, telephone number (205) 244-3811, fax number (205) 488-3811, email address jcottingham@bakerdonelson.com.

/s/ Julie A. Cottingham<br>
Julie A. Cottingham, COT017<br>
Attorneys for Plaintiff

OF COUNSEL:
Baker, Donelson, Bearman, Caldwell & Berkowitz
420 20th Street North
Suite 1600
Birmingham, Alabama 35203
Phone: (205) 250-8330

1

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing document upon the parties listed below by filing via the CM/ECF electronic filing system on May 11, 2007:

James H. Starnes
Attorney for Defendants
PO Box 590003
Birmingham, AL 35259
(205) 320-0800

S. Sanford Holliday
Attorney for Defendants
PO Box 727
Roanoke, AL 36274
(334) 863-2717

                                            /s/ Julie A. Cottingham
                                            **OF COUNSEL**

B SLW 745543 v1
1039265-000044 5/1/2007