IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VFS LEASING CO., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO.: 3:06CV638-SRW |
| VS. ) | |
| ) | |
| G. F. KELLY, INC d/b/a KELLY ) | |
| TRUCKING; and GUY KELLY, ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

**MOTION TO EXTEND DEADLINES FOR REPLIES TO MOTIONS TO STRIKE**

Come now the Defendants G. F. Kelly, Inc. D/b/a Kelly Trucking and Guy Kelly and move the court to extend the deadlines for both parties to reply to Motions to Strike. As grounds for this motion, Defendants state as follows:

1. Plaintiff filed a Motion to Strike on April 30, 2007 and Defendants filed two Motions to Strike on May 2, 2007.

2. The Court issued Orders on May 2, 2007 allowing each party to respond to the other's motion by May 7, 2007.

3. The parties are in the middle of settlement negotiation and believe that the prospects are good for reaching a settlement in the next few days. The parties would like to avoid the expense of filing responses to the pending motions. **It is requested that the deadline for each party to respond to the Motions to Strike be extended to May 14, 2007.** No further extensions will be requested and responses will be filed if settlement is not reached.

/s/James H. Starnes
James H. Starnes, Attorney for Defendants

**OF COUNSEL:**
P. O. Box 590003
Birmingham, AL 35259-0003
(205) 320-0800

**MOTION DENIED** as MOOT.
THIS 16th DAY OF May, 2007
UNITED STATES MAGISTRATE JUDGE

1