IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv638-SRW |
| ) | |
| G. F. KELLEY, INC., d/b/a ) | |
| KELLY TRUCKING and GUY KELLY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For good cause, it is

ORDERED that the pretrial conference previously scheduled for July 9, 2007 be and hereby is **rescheduled for 4:30 p.m. on July 20, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.**

Done, this 18th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE