**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| VFS LEASING CO. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | 3:06cv638-SRW |
| | ) | |
| G.F. KELLY, INC. d/b/a KELLY | ) | |
| TRUCKING; and GUY KELLY, | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S WITNESS LIST

Plaintiff, VFS Leasing Co., (hereinafter "VFS") identifies the following witnesses for use at trial.

**A.     Witnesses Who Will Be Called To Testify**

Michael J. Cox
(Defendants have current address and telephone number)

Keith Weachter
(Defendants have current address and telephone number)

Catherine Parker
Volvo Financial Services
7025 Albert Pick Road, Suite 105 (27409)
PO Box 26131
Greensboro, NC 27402-6131
(866) 281-8585

Kevin Miller
Volvo Financial Services
7025 Albert Pick Road, Suite 105 (27409)
PO Box 26131
Greensboro, NC 27402-6131
(866) 281-8585

**B.**    <u>**Witnesses Who May Be Called To Testify**</u>

Vicky Bliss
Volvo Financial Services
7025 Albert Pick Road, Suite 105 (27409)
PO Box 26131
Greensboro, NC 27402-6131
(866) 281-8585

Tim Craver
Volvo Financial Services
7025 Albert Pick Road, Suite 105 (27409)
PO Box 26131
Greensboro, NC 27402-6131
(866) 281-8585

Debra Nelson
Volvo Financial Services
7025 Albert Pick Road, Suite 105 (27409)
PO Box 26131
Greensboro, NC 27402-6131
(866) 281-8585

Shannon Murphy
Volvo Financial Services
7025 Albert Pick Road, Suite 105 (27409)
PO Box 26131
Greensboro, NC 27402-6131
(866) 281-8585

Brita Price
Volvo Financial Services
7025 Albert Pick Road, Suite 105 (27409)
PO Box 26131
Greensboro, NC 27402-6131
(866) 281-8585

A corporate representative from Adessa

B JAC2 748840 v2
1039265-000044 6/18/2007

A corporate representative from AEL Leasing

A corporate representative from AmSouth Leasing, Inc.

A corporate representative from Auburn Bank

A corporate representative from Bancorp Equipment Finance

A corporate representative from CEF 2002, LLC

A corporate representative from Citicapital

A corporate representative from CLC Equipment, LLC

A corporate representative from Colonial Bank

A corporate representative from Compass Bank

A corporate representative from Conseco Equipment Finance Division

A corporate representative from Daimler Chrysler Services

A corporate representative from Dell Account

A corporate representative from Dell Financial Services

A corporate representative from Farmers National Bank OPL

A corporate representative from FCC Equipment Financing

A corporate representative from Financial Federal Credit

A corporate representative from First Bank

A corporate representative from First Continental Leasing

A corporate representative from First Leasing, Inc.

A corporate representative from Firstar Bank & Firstar Equipment Finance

A corporate representative from Ford Credit CB A237

A corporate representative from First American Bank

B JAC2 748840 v2
1039265-000044 6/18/2007

A corporate representative from General Electric Capital, General Electric and General Electric Capital Corporation

A corporate representative from GMAC, GMAC Payment Processing Center

A corporate representative from Keycorp Leasing

A corporate representative from Omni National Bank

A corporate representative from Orix Credit Alliance, Inc.

A corporate representative from Paccar Financial Corporation

A corporate representative from Regions Bank and Regions Leasing

A corporate representative from SouthTrust Bank

A corporate representative from US Bancorp Equipment Finance and US Bancorp Office

A corporate representative from Wachovia Bank N.A.

A corporate representative from Wells Fargo Equipment Finance, Inc.

All of Defendants' witnesses, unless otherwise objected to.

Rebuttal witnesses as necessary.

Impeachment witnesses as necessary.


s/ David B. Hall
DAVID B. HALL (HAL052)
JULIE A. COTTINGHAM (COT017)
Attorneys for Plaintiff VFS Leasing Co.

**OF COUNSEL:**
BAKER DONELSON, BEARMAN
  CALDWELL & BERKOWITZ, P.C.
A Professional Corporation
1600 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5202
(205) 328-0480 Telephone
(205) 322-8007 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of June, 2007, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

James H. Starnes
Attorney for Defendants
PO Box 590003
Birmingham, AL 35259
(205) 320-0800

S. Sanford Holliday
Attorney for Defendants
PO Box 727
Roanoke, AL 36274
(334) 863-2717

s/ David B. Hall
OF COUNSEL

B JAC2 748840 v2
1039265-000044 6/18/2007