IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| VFS LEASING CO., | ) |
| | ) |
|     PLAINTIFF, | ) |
| | )   CIVIL ACTION NO.: 3:06CV638-SRW |
| VS. | ) |
| | ) |
| G. F. KELLY, INC d/b/a KELLY | ) |
| TRUCKING; and GUY KELLY, | ) |
| | ) |
|     DEFENDANTS. | ) |

## DEFENDANTS' WITNESS LIST

Comes now the Defendants G. F. Kelly, Inc. d/b/a Kelly Trucking and Guy Kelly and, pursuant to the Uniform Scheduling Order, submits the following:

1. The Defendants expect to call:

    A. Guy Kelly

    B. Charles Lance

2. The Defendants may call:

    A. Kevin Miller

    B. Frank Childers, 164 Tallapoosa Street, Wadley, Al 36276; 256-395-4165

    C. Jim Baker, 164 Tallapoosa Street, Wadley, Al 36276; 256-395-4165

    D. Greg Fuller, 164 Tallapoosa Street, Wadley, Al 36276; 256-395-4165

    E. Mark Childers, 164 Tallapoosa Street, Wadley, Al 36276; 256-395-4165

    F. Allen Shokey, 3440 Birmingham Highway, Montgomery, AL, 334-834-9550

    G. Tom Cooper, 1033 Lagrange Blvd, Atlanta, GA, 404-344-1189

    H. Witnesses listed by Plaintiff, unless otherwise objected to

    I. Rebuttal witnesses

    J. Impeachment Witnesses

 

/s/ James H. Starnes
James H. Starnes, Attorney for Defendants

**OF COUNSEL:**
P. O. Box 590003
Birmingham, AL 35259-0003
(205) 320-0800

/s/ S. Sanford Holliday
S. Sanford Holliday, Attorney for Defendants

**OF COUNSEL:**
P. O. Box 727
Roanoke, AL 36274
(334)863-2717

CERTIFICATE OF SERVICE

    I hereby certify that I have the foregoing pleading electronically using the CM/ECF system which will electronically serve a copy of same on all counsel of record on this the 29th day of November, 2006 as follows:

    David B. Hall
    Julie A. Cottingham
    BAKER DONALDSON
    420 North 20th Street, Suite 1600
    Birmingham, AL 35203

/s/ James H. Starnes
OF COUNSEL