IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO.  ) | |
| ) | |
|     Plaintiff,  ) | |
| ) | CIVIL ACTION NO. |
| vs.  ) | 3:06cv638-SRW |
| ) | |
| G.F. KELLY, INC. d/b/a KELLY  ) | |
| TRUCKING; and GUY KELLY,  ) | |
| ) | |
|     Defendants  ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Pursuant to this Court's order of November 3, 2006, Plaintiff, VFS Leasing Co. ("VFS") hereby submits the following notice concerning settlement conference and mediation.

1. Counsel for the parties have had several occasions to discuss settlement face-to-face over the last ninety (90) days. The parties are presently engaged in active settlement negotiations.

2. The parties agree that, at this time, mediation is not appropriate. If, however, the parties determine that mediation would be beneficial, the parties will immediately notify the Court.

                                        Respectfully Submitted,

                                        s/ David B. Hall
                                        DAVID B. HALL (HAL052)
                                        JULIE A. COTTINGHAM (COT017)
                                        Attorneys for Plaintiff VFS Leasing Co.

**OF COUNSEL:**
BAKER DONELSON, BEARMAN
 CALDWELL & BERKOWITZ
A Professional Corporation
420 North 20th Street
Suite 1600 Wachovia Tower
Birmingham, Alabama 35203-5202
(205) 328-0480 Telephone
(205) 322-8007 Facsimile


**CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of June, 2007, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

James H. Starnes
Attorney for Defendants
PO Box 590003
Birmingham, AL 35259
(205) 320-0800

S. Sanford Holliday
Attorney for Defendants
PO Box 727
Roanoke, AL 36274
(334) 863-2717

                                            s/  David B. Hall
                                            **OF COUNSEL**