IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VFS LEASING CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv638-SRW |
| | ) |
| G. F. KELLY, INC., d/b/a | ) |
| KELLY TRUCKING, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon notification by the parties that they have reached a settlement in this matter, and for good cause, it is

ORDERED that the trial of this case set for August 6, 2007 is hereby CANCELLED. On or before August 2, 2007, the parties shall file a joint stipulation of dismissal or other appropriate pleadings to conclude this case.

DONE, this 20th day of July, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE